IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CYRILL A. KOLOCOTRONIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-4255-CV-C-NKL |
| | ) | |
| DR. ADUSIMICCI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 4, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff be denied leave to proceed in forma pauperis and his claims be dismissed, pursuant to 28 U.S.C. § 1915 and the general order <u>In re Cyrill Athanasios Kolocotronis</u> (W.D. Mo. Aug. 28, 2003). The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on January 17, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 4, 2008, is adopted. [4] It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the general order <u>In re Cyrill Athanasios Kolocotronis</u> (W.D. Mo. Aug. 28, 2003).

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: March 18, 2008
Jefferson City, Missouri